**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on June 19, 2019

**REHEARING ACTION: June 19, 2019**

**Docket Number: 18   00822-JAC**

**IN RE:**
**APPLYING FOR THE AGENCY**
**ADOPTION OF M.L. D.**

**Appealed from Iberia Parish Case No. 14-J-375**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Van H. Kyzar**
    **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the applications

for rehearing filed by:

1. **G. L. D.**

2. **State of Louisiana Department of Children and Family Services**

3. **M. L. D.**

have this day been **DENIED.**

cc: Joseph A. Tabb, Counsel for the Appellee
    Chantel Conrad, Counsel for the Appellant
    Thailund Porter-Green, Counsel for the Appellee
    Kathy Lynn Cook, Counsel for the Appellant